IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| NICOLAS SATIAGO BACCA-CORDOBA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> STACEY N. STONE, Warden, ) <br> ) <br> Respondent. ) | CV 322-080 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Respondent's motion to dismiss, (doc. no. 7), **DISMISSES** without prejudice the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter an appropriate judgment of dismissal.

SO ORDERED this 2nd day of November, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE